**Petition for Writ of Mandamus Dismissed and Memorandum Majority and Dissenting Opinions filed November 1, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00543-CR**

---

**IN RE WALTER HINTON JUNIOR, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1316867**

---

## MEMORANDUM MAJORITY OPINION

On July 25, 2022, relator Walter Hinton Junior filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lori Chambers Gray, presiding judge of the 262nd District Court of Harris County, to

rule on his motion to appoint counsel for Chapter 64 DNA testing. *See* Tex. Code Crim. Proc. art. 64.01(c).

We sent relator notice that his petition did not comply with Texas Rules of Appellate Procedure 52.3(k)(1)(A) and 52.7(a). Tex. R. App. P. 52.3(k)(1)(A) ("The appendix must contain: (A) a certified or sworn copy of any order complained of, or any other document showing the matter complained of"); 52.7(a) ("Relator must file with the petition: (1) a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding; and (2) a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained."). We further gave relator notice that the petition would be dismissed unless a compliant amended petition was filed by September 16, 2022. *See In re Kholaif*, 624 S.W.3d 228, 231 (order), mand. dism'd, 615 S.W.3d 369 (Tex. App.—Houston [14th Dist.] 2020) (orig. proceeding).

Relator filed an amended petition that partially complied with our order. Relator included sworn copies of the material documents, but he did not include a properly authenticated transcript of any relevant testimony from any underlying proceeding or a statement that no testimony was adduced in connection with the matter complained. *See* Tex. R. App. P. 52.7(a)(2). Accordingly, we dismiss relator's petition for writ of mandamus. *See Kholaif*, 624 S.W.3d at 231; *see also In re Hughes*, 607 S.W.3d 136, 137–8 (Tex. App.—Houston [14th Dist.] 2020, no pet.) (dismissing mandamus petition in criminal case due to noncompliance with

2

Texas Rules of Appellate Procedure 52.3 and 52.7(a). We express no opinion on the merits of the petition.

/s/      Charles A. Spain
         Justice

Panel consists of Justices Zimmerer, Spain, and Poissant. (Poissant, J., dissenting.)

Do Not Publish — Tex. R. App. P. 47.2(b).